# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-five.

---

The People of the State of New York, Adam Gray, Jarrett Payne, Kayla Rolon, Corey Gilzean, Michael Hernandez, Christopher Husary, Keith Clingman, Jonathan Peck, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, Amr Alfiky,

Plaintiff - Appellees,

v.

Bill De Blasio, et al.,

Defendants - Appellees,

Police Benevolent Association of the City of New York, Inc.,

Intervenor-Defendant - Appellant,

and

Sergeants Benevolent Association,

Intervenor,

---

**STATEMENT OF COSTS**

Docket No. 24-695(L)
24-1434(Con),
24-1439(Con),
24-1443(Con)

IT IS HEREBY ORDERED that costs are taxed in the amount of $219.80 in favor of Appellees Jarrett Payne, Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew King-Yarde, Charlie Monlouis-Anderle, James Lauren, Micaela Martinez, Julian Philips, Nicholas Mulder, and Colleen McCormack-Maitland

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

MANDATE ISSUED ON 07/25/2025